

ORDERED in the Southern District of Florida on May 3, 2012.

_____
Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CHAPTER 13 |
| JUAN MANUEL CABRERA and | CASE NO. 11-36413-BKC-LMI |
| MARLENE CABRERA, | |
| Debtor(s). | |
| _____/ | |

### ORDER SUSTAINING OBJECTION TO CLAIMS NO. 5 AND 15 [ECF #45]

THIS CAUSE came before the Court upon the Debtors' Objection to Claim [ECF #45] of Mercy Credit Union [Claim No. 5] and HSBC Bank Nevada, N.A. [Claim No. 15], upon review of the record in this matter and having heard argument of counsel for the Debtor, it is

1. ORDERED that Debtor's objection is sustained as to Claim No. 5 as said claim is outside of the plan and is thereby stricken.

1

2. ORDERED that Debtor's objection is sustained as to Claim No. 15 under the following conditions:

a. Creditor HSBC Bank Nevada, N.A. (hereinafter "HSBC") is to provide a complete accounting to the Debtors' attorney within seven (7) days of this Order. This complete accounting must be in compliance with Federal Rules of Bankruptcy Procedure 3001(c)(1) and (2) as well as 3001(d). Should HSBC fail to provide said complete accounting within seven (7) days, Debtors' Objection to Claim No. 15 shall remain sustained.

b. If Creditor HSBC provides a complete accounting within seven (7) days as provided in Paragraph 2(a) of this Order, Debtor and Creditor HSBC shall determine whether the claim classification and amount is agreed to. If the claim classification and amount cannot be agreed to, this matter shall be further set for hearing.

c. Creditor HSBC shall pay $500.00 to the Debtors' attorney Richard R. Robles, Esquire for having to file this motion. If Claim No. 15 remains stricken or is 0, HSBC shall still remain liable for the $500.00 payable to the Debtors' attorney. In the event a claim is agreed to or permitted, the $500.00 in which Creditor HSBC is liable to Debtors' attorney shall not be added to the claim.

**THE COURT HEREBY NOTES THAT <u>ALL CREDITORS</u> ARE REQUIRED TO COMPLY WITH THE PROVISIONS OF FEDERAL RULES OF BANKRUPTCY PROCEDURE 3001(c)(1), (2) AND 3001(d).**

# # #

Submitted by:

Richard R. Robles, Esquire
Florida Bar No. 088481
rrobles@roblespa.com
LAW OFFICES OF RICHARD R. ROBLES, P.A.
Counsel for the Debtors
905 Brickell Bay Drive, Suite 228
Miami, Florida 33131
(305) 755-9200