LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544

FACSIMILE
(520) 577-1546

May 10, 2012

United States Bankruptcy Court
Southern District of Florida
51 S W. 1St Ave, RM 1401
Miami, FL 33130

Re:    Marlene Cabrera

Case No.:    11-36413
Claim No.:    15-2

To Whom It May Concern:

We represent HSBC Bank Nevada, N.A.-Best Buy Co., Inc., in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on May 10, 2012, in the amount of $7416.54. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley, Esq.
Bass & Associates, P.C.
Authorized Agent for
HSBC Bank Nevada, N.A.
Admitted in Arizona
SBA:022652